UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

           Plaintiff,

v.

Davion Dequell Evans,

           Defendant.

Civil No. 16-cr-0140 (MJD/HB)

**ORDER**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge Hildy Bowbeer.  Defendant has filed objections to the Report and Recommendation, asking that the Court find that the recovered gun and statements obtained be suppressed.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

    **IT IS HEREBY ORDERED** that:

1. Defendant Davion Dequell Evans' Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Doc. No. 25] is **DENIED**; and

2. Defendant Davion Dequell Evans' Motion to Suppress Statements, Admissions, and Answers [Doc. No. 26] is **DENIED** in part and **DENIED AS MOOT** in part, as set forth in the Report and Recommendation.

Dated: October 5, 2016         s/ Michael J. Davis
                               MICHAEL J. DAVIS
                               United States District Court